FILED IN OPEN COURT
DATE: 10/12/12
A. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

WEIHUA HUANG,

        *Plaintiff,*

v.

THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA, ET AL.,

        *Defendants.*

CASE NO. 3:11-cv-00050

### VERDICT

We the jury find in favor of:

    __✓__  PLAINTIFF Weihua Huang against BOTH Defendants

    _____  PLAINTIFF Weihua Huang against Defendant Ming D. Li ONLY

    _____  PLAINTIFF Weihua Huang against Defendant Bankole Johnson ONLY

    _____  DEFENDANTS Ming D. Li and Bankole Johnson

If you found for Plaintiff Weihua Huang and against either or both of the Defendants, how much do you award Plaintiff in damages?

Loss of Wages:     $159,915.00

Compensatory Damages:     $500,000

_Garrett J Funston_
Jury Foreperson, on behalf of Jury