UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **WEIHUA HUANG,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:11-cv-00050-NKM |
| ) | |
| **THE RECTOR AND VISITORS OF** ) | |
| **THE UNIVERSITY OF VIRGINIA,** *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

### [Proposed] ORDER

Upon consideration of the parties Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the entire record herein, it is by the Court this \_\_\_\_\_ day of _____, 20\_\_,

ORDERED that the above captioned case is dismissed with prejudice.

_____
Hon. Norman K. Moon
United States District Court Judge

cc: All Counsel of Record